Writ granted limited to assignment of Error No. 2 relating to mitigation of damages. In all other respects, the application is denied.

■

208 So.2d 326

HUMBLE PIPELINE COMPANY

v.

WM. T. BURTON INDUSTRIES, INC.

No. 49117.

March 25, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Writ granted, limited, however, to the issue of whether defendant is entitled to recover for crop destruction and damage. In all other respects, the application is denied, for on the facts found by the Court of Appeal, we find no error of law in its judgment.

SUMMERS, J., is of the opinion that the writ should be granted as to the issue which the majority has agreed to review and, additionally, as to the remaining issues presented by assignments of Errors Numbers One (1) and Two (2).

■

208 So.2d 326

Weldon VIATOR

v.

Thomas N. GILBERT, Coating Specialists, Inc., Westchester Fire Insurance Company and John E. Wilkinson.

No. 49127.

March 25, 1968.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

Granted.

Limited to the issues of future earnings and special damages.